(121 So. 436)

**Allie F. CLEGHORN v. STATE. (3 Div. 884.)**

Supreme Court of Alabama. March 28, 1929.

E. T. Graham and C. H. Roquemore, both of Montgomery, for petitioner.

Charlie C. McCall, Atty. Gen., and J. W. Brassell, Asst. Atty. Gen., for the State.

BROWN, J. The petitioner seeks to review the Court of Appeals on questions of fact, and an application of the doctrine of error without injury, as applied to the facts.

On the authority of Campbell v. State, 216 Ala. 295, 112 So. 902; Ex parte Steverson, 211 Ala. 597, 100 So. 912, the writ must be denied.

Writ denied.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.